# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 25-2092      **Short Title:** The Children's Hospital Corporation v. United States Department Of Justice

    The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

The Children's Hospital Corporation, d/b/a Boston Children's Hospital     as the

[  ] appellant(s)      [✔] appellee(s)      [  ] amicus curiae

[  ] petitioner(s)      [  ] respondent(s)      [  ] intervenor(s)

/s/ Brian M. Boynton
Signature

November 26, 2025
Date

Brian M. Boynton
Name

Wilmer Cutler Pickering Hale and Dorr LLP
Firm Name (if applicable)

(202) 663-6000
Telephone Number

2100 Pennsylvania Avenue NW
Address

(202) 663-6363
Fax Number

Washington, DC 20037
City, State, Zip Code

brian.boynton@wilmerhale.com
Email (required)

Court of Appeals Bar Number: 1193046

Has this case or any related case previously been on appeal?

[✔] No      [  ] Yes   Court of Appeals No.

=========================================================================

    **Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

    **Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Print | Reset |