IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-019<br><br>THE CHILDREN'S HOSPITAL CORPORATION, d/b/a Boston Children's Hospital,<br><br>        Petitioner-Appellee,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Respondent-Appellant. | No. 25-2092 |

**UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME
TO FILE OPENING BRIEF AND APPENDIX**

Pursuant to Fed. R. App. P. 26 & 27, the government requests an extension of the time, to and including February 11, 2026, for filing its opening brief and appendix. Appellee does not oppose this motion. The government has not previously sought an extension in this case. In support of this motion, the government states the following:

1. This case is an appeal from a district court order quashing an administrative subpoena. On December 3, 2025, this Court issued a briefing schedule under which the government's opening brief and appendix are currently due January 12, 2026.

2.  No previous extensions of this time have been sought or granted.  This extension is necessary because of the press of business in other matters.  Douglas C. Dreier has principal responsibility for preparing the government's brief in this case and was just recently assigned to this action.  Brad Hinshelwood has supervisory responsibility for the government's brief in this case.  Mr. Hinshelwood also has supervisory responsibility for the following matters with upcoming or recent deadlines: *Jones v. United States*, No. 25-1767 (1st. Cir.) (response brief filed December 16); *Khan v. United States*, No. 25-10219 (11th Cir.) (reply brief due December 17); *Hernandez v. Sierra*, No. 25-50327 (5th Cir.) (response brief due December 18); *Queerdoc PLLC v. Department of Justice*, No. 25-7384 (9th Cir.) (opening brief due December 19 and reply brief due January 30); *Roemen v. United States*, No. 25-2036 (8th Cir.) (reply brief due December 19); *Sookra v. Pfizer Inc.*, No. 25-5200 (D.C. Cir.) (response brief due January 12); *National Endowment for Democracy v. United States*, No. 25-5361 (D.C. Cir.) (opening brief due January 21).  In addition, Mr. Dreier and Mr. Hinshelwood will be out of the office for a period around the Christmas holiday.

4.  Appellee does not oppose this motion.

**\*\*\***

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests a 30-day extension, to and including February 11, 2026, for filing Appellant's opening brief and appendix.

Respectfully submitted,

BRAD HINSHELWOOD

/s/ *Douglas C. Dreier*
DOUGLAS C. DREIER
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Rm. 7264*
*Washington, D.C. 20530*
*(202) 514-4452*

DECEMBER 2025

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Garamond, 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 337 words, according to the word count of Microsoft Word.

                                                 /s/ *Douglas C. Dreier*
                                                 DOUGLAS C. DREIER

# CERTIFICATE OF SERVICE

I certify that on December 17, 2025, I filed and served the foregoing Motion with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                                 /s/ *Douglas C. Dreier*
                                                 DOUGLAS C. DREIER