# United States Court of Appeals
## For the First Circuit

No. 25-2092

IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-019

--------------------------------------------------------------------

THE CHILDREN'S HOSPITAL CORPORATION, d/b/a Boston Children's Hospital,

Petitioner - Appellee,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Respondent - Appellant.

### ORDER OF COURT

Entered: February 4, 2026
Pursuant to 1st Cir. R. 27.0(d)

    Appellant United States Department of Justice has filed an assented-to motion to consolidate appeals 25-2092 and 26-1093, and to extend its brief and appendix deadline in appeal 25-2092. Upon consideration of the extension request, it is ordered that the time for Appellant to file a brief and appendix be enlarged to and including **March 13, 2026**. Appellant's request to consolidate appeals 25-2092 and 26-1093 remains pending and will be addressed in due course.

By the Court:

Sarah Koster, Deputy Clerk

cc:
Ross S. Goldstein
Donald Campbell Lockhart
Abraham R. George
Bradley Hinshelwood
Douglas C. Dreier
Brantley Mayers
Adam Cambier
Allyson T. Slater

Amanda Masselam Strachan
Douglas H. Hallward-Driemeier
Joshua S. Levy
Brian R. Blais
Alan Evan Schoenfeld
Boyd M. Johnson III
Brian Boynton
William M. Tong
Peter F. Neronha
Nicholas W. Brown