# United States Court of Appeals
## For the First Circuit

Nos.  25-2092
      26-1093

IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-019

--------------------------------------------------------------------

THE CHILDREN'S HOSPITAL CORPORATION, d/b/a Boston Children's Hospital,

Petitioner - Appellee,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Respondent - Appellant.

**ORDER OF COURT**

Entered: March 6, 2026
Pursuant to 1st Cir. R. 27.0(d)

     Upon consideration of Appellant United States Department of Justice's unopposed motion, Appeal Nos. 25-2092 and 26-1093 are consolidated for briefing and oral argument. The parties are directed to use the above caption on all future filings related to these cases.

     The briefing schedule previously set in No. 25-2092 is hereby vacated. The clerk will set a new briefing schedule once the record on appeal, including all necessary transcripts, is complete in Appeal No. 26-1093.

By the Court:

Sarah Koster, Deputy Clerk

cc:
Ross S. Goldstein
Donald Campbell Lockhart

Abraham R. George
Bradley Hinshelwood
Douglas C. Dreier
Brantley Mayers
Adam Cambier
Allyson T. Slater
Amanda Masselam Strachan
Douglas H. Hallward-Driemeier
Joshua S. Levy
Brian R. Blais
Alan Evan Schoenfeld
Boyd M. Johnson III
Brian Boynton
William M. Tong
Peter F. Neronha
Nicholas W. Brown
Matthew J. Platkin
Jak Kundl
Morgan Carmen
Robert Bonta
Aaron D. Ford
Philip J. Weiser
Raúl Torrez
Kathleen Jennings
Letitia James
Brian L. Schwalb
Daniel A. Rayfield
Kwame Raoul
Aaron M. Frey
Charity R. Clark
Anthony G. Brown
Keith Ellison
Joshua L. Kaul