# United States Court of Appeals
## For the First Circuit

Nos. 25-2092
25-1093

IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-019

--------------------------------------------------------------------

THE CHILDREN'S HOSPITAL CORPORATION, d/b/a Boston Children's Hospital,

Petitioner - Appellee,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Respondent - Appellant.

**APPELLEE'S BRIEFING NOTICE**

Issued: April 17, 2026

Appellee's brief must be filed by **May 15, 2026**.

The deadline for filing appellant's reply brief will run from service of appellee's brief in accordance with Fed. R. App. P. 31 and 1st Cir. R. 31.0. Parties are advised that extensions of time are not normally allowed without timely motion for good cause shown.

Presently, it appears that this case may be ready for argument or submission at the coming **July/August, 2026** session.

The First Circuit Rulebook, which contains the Federal Rules of Appellate Procedure, First Circuit Local Rules and First Circuit Internal Operating Procedures, is available on the court's website at www.ca1.uscourts.gov. Please note that the court's website also contains tips on filing briefs, including a checklist of what your brief must contain.

**Failure to file a timely brief in compliance with the federal and local rules could result in the appellee not being heard at oral argument. See 1st Cir. R. 45.0.**

Sarah Koster, Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Gerry - (617) 748-4275


cc:
Brian R. Blais
Brian Boynton
Nicholas W. Brown
Adam Cambier
Douglas C. Dreier
Abraham R. George
Ross S. Goldstein
Douglas H. Hallward-Driemeier
Bradley Hinshelwood
Boyd M. Johnson III
Joshua S. Levy
Donald Campbell Lockhart
Brantley Mayers
Peter F. Neronha
Alan Evan Schoenfeld
Allyson T. Slater
Amanda Masselam Strachan
William M. Tong