# United States Court of Appeals
## For the First Circuit

Nos. 25-2092
　　　 26-1093

IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-019

-------------------------------------------------------------------

THE CHILDREN'S HOSPITAL CORPORATION, d/b/a Boston Children's Hospital,

Petitioner - Appellee,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Respondent - Appellant.

**ORDER OF COURT**

Entered: April 17, 2026
Pursuant to 1st Cir. R. 27.0(d)

　　　Upon consideration of motion, it is ordered that the time for Appellee Children's Hospital Corporation to file a brief be enlarged to and including **July 14, 2026**. We are disinclined to grant a request for further enlargement of this deadline.

By the Court:

Sarah Koster, Chief Deputy Clerk

cc:
Brian R. Blais
Brian Boynton
Nicholas W. Brown
Adam Cambier
Douglas C. Dreier
Abraham R. George
Ross S. Goldstein
Douglas H. Hallward-Driemeier
Bradley Hinshelwood

Boyd M. Johnson III
Joshua S. Levy
Donald Campbell Lockhart
Brantley Mayers
Peter F. Neronha
Alan Evan Schoenfeld
Allyson T. Slater
Amanda Masselam Strachan
William M. Tong