# United States Court of Appeals
## For the First Circuit

No. 25-2092

IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-019
--------------------------------------------------------------

THE CHILDREN'S HOSPITAL CORPORATION, d/b/a Boston Children's Hospital,

Petitioner - Appellee,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Respondent - Appellant.

No. 26-1093

IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-019
--------------------------------------------------------------
THE CHILDREN'S HOSPITAL CORPORATION, d/b/a Boston Children's Hospital,

Petitioner - Appellee,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Respondent - Appellant.

**CALENDARING NOTICE**

Issued: August 26, 2026

This case is presently scheduled to be called for oral argument on **Wednesday, October 7, 2026, at 9:30 a.m. in Boston, MA** in the En Banc Courtroom at the Moakley Courthouse, 7th Floor. There will be no continuance except for grave cause. 1st Cir. R. 34.1(d).

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing

the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.**

Only attorneys and students practicing under 1st Cir. R. 46.0(f) should sit at counsel table; absent permission from the court, clients should be seated in the audience. Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Austin Paganelli Anderson
Zeinab Bakhiet
Brian R. Blais
Brian Boynton
Nicholas W. Brown
Adam Cambier
Kevin M. Costello
Jennifer Davenport
Douglas C. Dreier
Abraham R. George

Ross S. Goldstein
Omar Gonzalez-Pagan
Douglas H. Hallward-Driemeier
Bradley Hinshelwood
Boyd M. Johnson III
Jay Jones
Paul Killebrew
Joshua S. Levy
A.D. Sean Lewis
Donald Campbell Lockhart
Karen Lee Loewy
Amanda P. Masselam Strachan
Brantley Mayers
Kristin K. Mayes
Peter F. Neronha
Dana Nessel
Jessica Polansky
Jeffrey Eric Sandberg
Alan Evan Schoenfeld
Brett Allen Shumate
Allyson T. Slater
William M. Tong
D. Jean Veta
Morgan J. Walker
Alice Yao
Rachel Leah Zacharias